COPY

Jeffrey Huron, Esq. (SBN: 136585)
HURON LAW GROUP
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 284-3400
Facsimile: (310) 772-0037
E-mail: jhuron@huronlaw.com

Michael D. Fisse, Esq.
(Pending admission *pro hac vice*)
DAIGLE FISSE & KESSENICH, PLC
P. O. Box 5350
Covington, LA 70434-5350
Telephone: (905) 871-0800
Facsimile: (985) 871-0899
E-mail: mfisse@daiglefisse.com

ATTORNEYS FOR GE PACKAGED POWER, INC.

FILED
2013 MAR 20 PM 3:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ARB, INC. and ZURICH AMERICAN
INSURANCE COMPANY

    Plaintiffs,

v.

GE PACKAGED POWER, INC., EXPRESS
INTEGRATED TECHNOLOGIES, LLC, and
DOES 1 through 50,

    Defendants.

CASE NO.: ED CV 13-00513 JGB (DTBx)

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1, Defendant GE Packaged Power, Inc., by and through its attorneys, states that General Electric Company, a publicly-held corporation, is its parent company.

-1-
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

1  Dated: March 20, 2013

2                                          Huron Law Group

3                                   By: *[signature]*

4                                          Jeffrey Huron, Esq. (SBN: 136585)
                                            1875 Century Park East, Suite 1000
5                                          Los Angeles, CA 90067
                                            Telephone: (310) 284-3400
6                                          Facsimile: (310) 772-0037

7                                          **AND**

8
                                            Michael D. Fisse
9                                          (Pending admission *pro hac vice*)
                                            Daigle Fisse & Kessenich, PLC
10                                         P. O. Box 5350
                                            Covington, LA 70434-5350
11                                         Telephone: (985) 871-0800
                                            Facsimile: (985) 871-0899
12

13                                         Attorneys for Defendant,
                                            GE Packaged Power, Inc.
14

-2-

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On March 20, 2013, I served the following document(s) described as **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Jay D. Harker, Esq.
Martin C. Sener, Esq.
Clausen Miller PC
2040 Main Street, Suite 500
Irvine, California 92614

Eugene West, Esq.
West Corzine, LLP
400 West Ventura Boulevard, Suite 205
Camarillo, CA 93010

**BY MAIL:** I am "readily familiar" with Huron law group's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

**BY CM/ECF:** Filing the document(s) listed above with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel registered in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2013, at Los Angeles, California.

/s/ Efrain Bailon
Efrain Bailon

-1-